**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-2659**

ELLIS HARLEY BARBER, Reverend; AMERICAN INDIAN
MINISTRIES; PEGGY LOU BROUGHTON,

                                        Plaintiffs - Appellants,

        versus

UNITED STATES TOBACCO COMPANY (Copenhagen &
Social Outfitters),

                                        Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-99-3477-WMN)

Submitted:  March 9, 2000          Decided:  March 15, 2000

Before WILKINS, TRAXLER, and KING,[*] Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ellis Harley Barber, Appellant Pro Se.

---

[*] Judge King did not participate in consideration of this
case.  The opinion is filed by a quorum of the panel pursuant to 28
U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ellis Harley Barber appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Barber v. United States Tobacco Company, No. CA-99-3477-WMN (D. Md. Nov. 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED